IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

| | |
|---|---|
| JODI HELBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:14-cv-00100 |
| | ) |
| UHS OF DELAWARE, INC. and | ) |
| KEYSTONE CONTINUUM, | ) |
| individually, and d/b/a MOUNTAIN | ) |
| YOUTH ACADEMY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME the parties, Plaintiff Jodi Helbert ("Plaintiff") and Defendants UHS of Delaware, Inc. and Keystone Continuum, individually, and d/b/a Mountain Youth Academy ("Defendants"), by and through their respective counsel, and stipulate to the Court that all matters in controversy between them have been resolved and that this matter should be dismissed with prejudice. The parties shall bear their own discretionary costs, fees and expenses.

Respectfully submitted this 16th day of August, 2016.

        s/ Jennifer P. Keller
        Jennifer P. Keller, BPR No. 018062
        Matthew D. Davison, BPR No. 020049
        BAKER, DONELSON, BEARMAN,
         CALDWELL & BERKOWITZ, P.C.
        100 Med Tech Parkway, Suite 200
        Johnson City, Tennessee 37604
        Phone: (423) 928-0181
        Fax: (423) 928-5694
        jkeller@bakerdonelson.com
        mdavison@bakerdonelson.com

1

*Attorneys for UHS of Delaware, Inc. and Keystone Continuum, individually, d/b/a Mountain Youth Academy*

s/ Charlton R. DeVault, Jr.
Charlton R. DeVault, Jr., BPR No. 000428
102 Broad Street
Kingsport, TN 37660-4202
Phone: 423-246-3601
crdevault@charter.net

*Attorney for Jodi Helbert*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt

s/ Jennifer P. Keller
Attorney